FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2025 JAN -9 PM 4: 12

MARGARET BOTKINS, CLERK
CASPER

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

GREGG JONES,

        Plaintiff,

vs.

MIDLAND NATIONAL LIFE
INSURANCE COMPANY,

        Defendant.

Civil No. 24-cv-00223-SWS

## *ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE*

THIS MATTER having come before the Court on the parties' *Stipulation of Dismissal With Prejudice*, and the Court having reviewed the filings and the Court file, being fully advised in the premises, and finding good cause for granting the same;

**HEREBY ORDERS** that the parties' request to dismiss the case is hereby GRANTED. Accordingly, the case is dismissed with prejudice, with each party to assume and pay its respective attorneys' fees, expenses, and costs.

Dated: __Jan. 9th__ 2024.

_____
UNITED STATES DISTRICT JUDGE